IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICAH U. BUCHDAHL, ESQUIRE, : <br> : <br> Plaintiff : <br> : <br> v. : <br> : <br> THOMSON CORPORATION, : <br> WEST GROUP, WEST PUBLISHING : <br> COMPANY, WEST PUBLISHING : <br> CORPORATION, and FINDLAW, INC., : <br> : <br> Defendants : <br> : | CIVIL NO. 02CV4189(JEI) <br><br><br><br><br><br><br><br><br><br><br> STIPULATION OF DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff and Defendants, by and through their undersigned attorneys, hereby stipulate and agree on this 7th day of July, 2004, to the dismissal with prejudice, of the Complaint filed by Plaintiff, and the Counterclaim brought by Defendants. Kindly dismiss this lawsuit and all remaining claims between the parties in their entirety WITH PREJUDICE.

Attorneys for Plaintiff:

_(signature)_
James Bucci, Esquire
Spector Gadon & Rosen, P.C.
309 Fellowship Road
P.O. Box 1001
Moorestown, NJ 08057

Attorneys for Defendants:

_(signature)_
Stephen Sundheim, Esquire
Glenn Beard, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103